In the Matter of the Claim of AUGUST ROSS, Respondent, against HARRY HANSEN et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—

Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

SAMUEL WEISBERG, Appellant, v. ISADORE LEVINSON et al., Respondents. MORRIS STOFF et al., Doing Business under the Name of " Stoff and Weisberg," Plaintiffs, v. ISADORE LEVINSON et al., Defendants.—

Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. ALBERT ZOUCKY, Respondent.— Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.